UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES FONTENEAUX, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-05-4033 |
| SHELL OIL COMPANY and SHELL INFORMATION TECHNOLOGY INTERNATIONAL, INC., | § § § § § § | |
| Defendants. | § § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's Motion to Extend the Discovery Deadline (Doc. No. 32). Plaintiff seeks this extension in order to depose four additional individuals, but the Court is persuaded that the information sought to be obtained from these individuals is not necessary to the prosecution of Plaintiff's case. In addition, these individuals have been known to Plaintiff since the time of the Rule 26 disclosures, so there was ample time to obtain their depositions before the expiration of the discovery period. Finally, the parties have already been given one discovery extension, lengthening the discovery period in this case to nearly sixteen months. Any further extension of the discovery period would likely require a continuance of the dispositive motion and trial deadlines. For all of these reasons, Plaintiff's Motion to Extend the Discovery Deadline is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** this 13th day of April, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT