# Broadcast Overview


CONFIDENTIAL

## Position Title: Strategic Relations Account Manager

| | |
|---|---|
| Broadcast identifier | Tbd |
| Contact details | |

**Contact for inquiries***
Moore, Kristine   kristine.moore@shell.com   +1 713 241 6299

**Broadcast Coordinator**
Sharon DuBose   Sharon.DuBose@shell.com   +1 713 241 3916

| Selection Panel Delegates | | Application Notification |
|---|---|---|
| Moore, Kristine | kristine.moore@shell.com | +1 713 241 6299 |

**General Details**

| | |
|---|---|
| Is US Law applicable for this job? | Yes |
| Broadcast Language | English |
| Generally Embargoed Country disclaimer needed? | No |
| Continuous Opportunity | No |
| Position Title * | Strategic Relations Account Manager |
| Organisation level 1 * | Corporate Centre |
| Organisation level 2 | Corporate IT |
| Organisation level 3 | NL Shell International |
| Anticipated country of employment * | GB United Kingdom    NL The Netherlands    US USA |
| Externally posted? | Yes |
| Candidate who meets requirements identified? | No |
| Use assessment tool (Y/N)? | No |
| Batch Id | |
| Additional general comments | |

EXHIBIT "B"

**Position information**

| | |
|---|---|
| Skillpool group * | Consultative Selling and Technology |
| Skillpool * | Consultative Selling and Technology |

EBG(045)-5723

CONFIDENTIAL

| | |
|---|---|
| Additional Skillpools Job level * | 2 - 1 |
| Place in the organization * | SITI |
| Reports to * | Strategic Relations and Procurement Manager |
| Work location | GB United Kingdom   NL The Netherlands   US USA |
| Work pattern * | Normal |
| Max number of positions available * | Multiple Positions |
| Additional Comments on Position | The Strategic Relations Account Manager (SRAM) is an exciting, high profile opportunity for a seasoned businessperson with relationship and account management skills who is familiar with the IT Industry. This role provides the challenge of shaping and implementing a new approach to broadly and professionally managing the IT Industry on behalf of The Group. The SRAM role is key to ITVision and the overall objective of delivering world class "IT for Shell."

The SRAM will be responsible for managing selected external 3rd party enterprises, including key suppliers, prospective suppliers and/or market influencers, to ensure efficient and productive relationships are planned, established and maintained. The SRAM, as part of the Strategic Relations and Procurement team, will form a key role in establishing the "channel" between wide-ranging Shell constituents and the broad spectrum of 3rd parties in the IT Industry.

The SRAM role requires a proven track record of strategic, global account or alliance management and consultative selling, preferably in the IT industry. Strong interpersonal, relationship and communications skills are essential. Ability to build and execute plans to manage global, multi-level, cross-functional stakeholders to achieve a common purpose is critical. Market management and/or external affairs experience is desirable.

Frequent global travel may be required. |

| | |
|---|---|
| **Timing** | |
| Broadcast date * | |
| Closing date * | |
| Starting date earliest * | |
| Starting date latest * | |
| Anticipated assignment length * | 3 years |
| Expected time needed to obtain Government /joint venture partner approval | N/A |
| Anticipated selection date * | |
| Additional Comments on timing | Since there are multiple positions there may be multiple starting dates. |

EBG(045)-5724



| Terms and conditions | |
|---|---|
| Max terms & conditions * | Local Terms |
| Position for Local staff only | No |
| Additional Terms and Conditions | Location of suppliers will influence location of position. |

**Position description - Purpose***

As a member of the **Strategic Relations & Procurement (SRP)** team, the **Strategic Relations Account Manager (SRAM)** plays an integral role in the ITVision Strategy to deliver world class IT for Shell.

ITVision aims to make significant changes in the way IT is delivered to Shell. SRP will enable these changes by managing the market interface between Shell and the IT Industry such that suppliers and other entities support, and do not undermine, our efforts to:

- Implement changes in IT governance and decision-making
- Consolidate IT infrastructure and rationalise applications
- Execute rigorous procurement processes
- Implement new ways of sourcing IT support
- Reduce the cost of doing business with Shell
- Identify and create additional untapped sources of value

SRP incorporates strategic thinking and decision-making tools that segment the suppliers and 3rd parties in the IT marketplace according to current and anticipated importance of doing business or engaging with Shell. The objective is to prioritise those entities that require focus in order to reduce the overall risk of delivering IT to Shell and/or increase our business agility as we deliver the ITVision objectives.

SRP will identify those companies that require deliberate focus. The Strategic Relations team, providing functional leadership for managing IT Industry relationships, will directly manage a wide range of interactions, including relationships with key suppliers as well as various industry bodies with whom Shell interacts. The Strategic Relations team will also serve as the coordinating body to network all those in IT for Shell who manage external IT relationships, such that Shell presents an efficient, professional and well-managed face to the market.

SRAMs will be assigned specific accounts. They will proactively develop and maintain direct relationships with internal and external stakeholders at multiple levels, across the IT Governance bodies within Shell and within their assigned 3rd party organizations. This will require a keen understanding of mutual goals and objectives, establishing and executing account and stakeholder plans, professionally managing a broad communications network, serving as mediator in the face of conflict and

EBG(045)-5725

**CONFIDENTIAL**

...lancing Shell's often competing or contradictory interests with 3rd party interests. SRAMs will work closely with multiple IT procurement category managers to achieve a balanced approach to driving competitive commercial arrangements in concert with account plans. SRAM plans must be integrated into an overall Strategic Relations plan.

SRAMs will handle a number of accounts depending on the outcome of the segmentation, ranging from several major suppliers to multiple smaller but important accounts or industry organizations.

A number of business professionals, with seasoned experience in IT Industry account management and/or consultative selling are sought to fill these roles to finalise the Strategic Relations strategy and fully activate the approach.

**Position description - Accountabilities***

SRAMs will be assigned specific accounts. They will proactively develop and maintain direct relationships with internal and external stakeholders at multiple levels, across the IT Governance bodies within Shell and within their assigned 3rd party organizations. This will require a keen understanding of mutual goals and objectives, establishing and executing account and stakeholder plans, professionally managing a broad communications network, serving as mediator in the face of conflict and balancing Shell's often competing or contradictory interests with 3rd party interests. SRAMs will work closely with multiple IT procurement category managers to achieve a balanced approach to driving competitive commercial arrangements in concert with account plans. SRAM plans must be integrated into an overall Strategic Relations plan.

The SRAM will increase individual supplier impact on business agility by recognizing potential supplier synergies. The successful candidate will be able to look beyond current supplier contributions and identify unique inter or intra-supplier alliances that offer significant value to Shell. The ideal SRAM will exhibit the following leadership competencies:

Champions Customer Focus through Entrepreneurial approaches:
- Look beyond currently contracted goods and services to identify supplier synergies and create new sources of value.
- Look for innovative ways to enhance the mutual Shell/supplier value proposition.

Forge strong relationships at multiple levels:
- Within Shell and supplier organizations.
- Support Executive Sponsor.

Build collaborative agreements involving Shell and multiple suppliers:
- Build and maintain high levels of trust and confidence internally and externally.

Maximize Business Opportunities:
- Consider the impact of opportunities on other business units and how they relate to organizational strategy.
- Understand and articulate corporate objectives and translate into meaningful discussions with Business Units and cross-Group stakeholders.


CONFIDENTIAL

Key Accountabilities:

- Handle a number of accounts from several major suppliers to multiple small but important accounts that annually deliver new sources of mutually established value to Shell.
- Engage key stakeholders at multiple levels within Shell and within selected suppliers.
- Actively listen to stakeholders and clarify business strategy and needs.
- Select, engage and manage key suppliers.
- Proactively investigate means to address the expressed requirements; the investigation should not be limited only to an "assigned" supplier. The SRAM should also understand potential capabilities of other strategic suppliers or market leaders.
- Synthesize information, formulate ideas and articulate possibilities to key Shell stakeholders.
- Collaborate with suppliers and Shell stakeholders to identify opportunities that create mutual value.
- Facilitate the activation of agreed-to strategies and participate in a meaningful fashion going forward.
- Develop and maintain the monetization scorecard for quantifying performance and success of the relationship and associated projects.

Work closely with Shell Group Procurement professionals to support commercial transactions.

**Position description - Dimensions**

This is a high profile, global position that requires effective representation across the IT4S spectrum – including all the businesses (EP, OP, Chem, Trading and Global Functions) and the IT Functions (Infrastructure, Support, Security, Applications Development, Project Management, etc) and the IT Governance bodies (ITLT, IGT, AGT, CIOC).

This role will also require the successful candidate to represent IT4S externally to suppliers at all levels, including senior executives.

**Position description - Special Challenges**

- Proven track record of account planning, account management and consultative selling
- Exhibit strong communications skills and stakeholder management
- Ability to influence beyond direct reporting line
- Diplomacy and even-keeled, balanced approach to resolving conflict
- Collaborative spirit, and value-based orientation, as opposed to relying purely on mandate
- Create and lead Supplier initiatives that drive value to Shell that contribute to ITVision aspirations.
- Demonstrate Functional Excellence in Relationship Management.
- Provide appropriate Functional Leadership to Relationship Managers in Shell Business Units.
- Identify and leverage opportunities within a rapidly changing business

EBG(045)-5727

CONFIDENTIAL

climate.
- Engage businesses in potential strategic projects.
- Ability to work globally in virtual teams.
- Executive presence

**Position description - Additional comments**

**Experience and Qualifications required**

The ideal candidate(s) will possess a balanced profile that should include the following:
--10 to 15 years of IT consultative selling and account management experience
--Experience of high level, collaborative relationship building with senior management
--
--
--

Additional comments

**Key Competences required**

| Competence | Level |
|---|---|
| · Ability to lead change and resolve conflicts at multiple levels. | Mastery |
| · Ability to forge strong and deep relationships with 3rd parties at a senior level (Alliance building). | Mastery |
| · Ability to influence and bring together multiple stakeholders with focus on Group value. | Mastery |
| · Must be a team player with strong communication, facilitation and team building skills. | Skill |
| · Should possess strong negotiating and diplomatic skills. | Mastery |
| · Should be self-directing and have a good knowledge of the Shell business and the 3rd party industry in order to identify potential opportunities for value creation (Consultative Selling). | Mastery |
| · Must be able to adapt to changes and capable of taking on new challenges. | Skill |
| · Must have strong decision-making abilities in combination with balanced risk taking. | Skill |

Additional comments

EBG(045)-5728

Create copy of Broadcast
(re-broadcast)



CONFIDENTIAL

EBG(045)-5729