Michael J. Rose                                                                  March 2, 2007

Page 42

```
11:36AM  1    Q.  Okay. All right.
11:36AM  2    A.  So my suggestion to the leaders, and we
11:36AM  3  used several outside consultants to validate this,
11:36AM  4  was that we could save between 1- and 1.2 billion
11:37AM  5  off of that run rate to be -- coming again, back to
11:37AM  6  that top quartile price performer, that there was a
11:37AM  7  lot more than $300 million there to be gained.
11:37AM  8         MR. ERNSTER: Objection. Again,
11:37AM  9  nonresponsive.
11:37AM 10  BY MR. WICKLIFF:
11:37AM 11    Q.  All right. Now, when you joined Shell,
11:37AM 12  was there a person by the name of Jay Crotts
11:37AM 13  employed with Shell?
11:37AM 14    A.  Yes.
11:37AM 15    Q.  What was his job when you first joined
11:37AM 16  Shell?
11:37AM 17    A.  He was part of the ITPS organization
11:37AM 18  I mentioned earlier, and I believe he had
11:37AM 19  responsibility for the Americas, but I'm fuzzy
11:37AM 20  on that. I can't recall.
11:37AM 21    Q.  Okay. Did you at some point place him in
11:37AM 22  a leadership role within IT?
11:38AM 23    A.  Well, he was in a leadership role as a
11:38AM 24  player in ITPS.
11:38AM 25    Q.  Okay.
```

Page 43

```
11:38AM  1    A.  I asked him to come in and take the
11:38AM  2  direct responsibility for what we called "SR and P";
11:38AM  3  Strategic Relations and Procurement, which were two
11:38AM  4  separate functions, and I asked him to take the
11:38AM  5  interim role of starting that up.
11:38AM  6    Q.  Okay. Why did you ask him to take the
11:38AM  7  interim role?
11:38AM  8    A.  Because I wanted to ensure that we got
11:38AM  9  after the savings that were just sitting there
11:38AM 10  waiting for us, so I wanted to work with our
11:38AM 11  procurement colleagues. I wanted to create a
11:38AM 12  channel for the IT industry to sell in in a
11:38AM 13  disciplined fashion into Shell, and I wanted to
11:38AM 14  rally the other IT leaders; those who reported
11:39AM 15  directly to me and were dotted line to me, in a way
11:39AM 16  that we could actually funnel and create that
11:39AM 17  channel.
11:39AM 18         Because people were talking to vendors all
11:39AM 19  over the place, making commitments, actually signing
11:39AM 20  purchase orders, and I wanted to stop that anarchy
11:39AM 21  and create some discipline.
11:39AM 22         So I knew what my long-term vision was.
11:39AM 23  As I had mentioned, when I started the first week I
11:39AM 24  said the perfect person to lead this would have sold
11:39AM 25  for IBM or Accenture for 15 years. Jay was a very
```

Page 44

```
11:39AM  1  good player and I felt we could get things started
11:39AM  2  with somebody like Jay, but I made it clear to him
11:39AM  3  that I didn't think he had the qualifications, nor
11:39AM  4  did I personally, to do what I wanted to see done in
11:39AM  5  this role long term. But I wanted to get things
11:39AM  6  started.
11:39AM  7    Q.  Okay.
11:39AM  8         MR. ERNSTER: Objection. Nonresponsive.
11:39AM  9         THE WITNESS: What does that mean, may I
11:39AM 10  ask?
        11  BY MR. WICKLIFF:
11:39AM 12    Q.  It's just something that he has to do
11:39AM 13  to preserve some objections. We're not going to
11:39AM 14  address that. He just goes on the record and makes
11:40AM 15  those comments.
11:40AM 16    A.  Okay. Thank you.
11:40AM 17    Q.  All right. As time proceeded with
11:40AM 18  Jay Crotts in the interim role in charge of SRM, did
11:40AM 19  you change your opinion about whether he was in fact
11:40AM 20  the right person to be the permanent SRM?
11:40AM 21    A.  No, I didn't. And I thought he did a
11:40AM 22  really good job through the startup phase, and he
11:40AM 23  did exactly what I wanted in interim, and he wanted
11:40AM 24  to keep the job. He wanted -- he wanted to make it
11:40AM 25  permanent.
```

Page 45

```
11:40AM  1    Q.  He made that clear to you?
11:40AM  2    A.  Yeah. He made it very clear to me. He
11:40AM  3  attempted to use all of his persuasive abilities to
11:40AM  4  convince me of that, and we had very open and candid
11:40AM  5  conversations about it.
11:40AM  6    Q.  Okay. Is he a white male?
11:40AM  7    A.  He is a white male, yeah.
11:41AM  8    Q.  Okay. And is he over age 40?
11:41AM  9    A.  He was not at the time; I believe he is
11:41AM 10  now.
11:41AM 11    Q.  Okay.
11:41AM 12    A.  He was in his late 30s at the time, I
11:41AM 13  believe.
11:41AM 14    Q.  All right.
11:41AM 15         MR. ERNSTER: Hello?
11:41AM 16         MR. WICKLIFF: We're still here.
11:41AM 17         MR. ERNSTER: Okay. Sorry.
11:41AM 18  BY MR. WICKLIFF:
11:41AM 19    Q.  All right. So just to go back and clear
11:41AM 20  things up. You felt -- if I could summarize, what
11:41AM 21  you said was the difference between the SRM and
11:41AM 22  procurement was that those were in fact two
11:41AM 23  different functions and the SRM role was a separate
11:41AM 24  role that you envisioned would work hand in glove
11:41AM 25  with the procurement people to upgrade the
```

Page 58

```
11 :56AM  1   A.   Because the focus was -- I didn't call
11 :56AM  2   him an SRM. I called him the Manager of Strategic
11 :56AM  3   Relations and Procurement.
11 :56AM  4   Q.   Okay.
11 :56AM  5   A.   And so the vision was always to, you know,
11 :56AM  6   create this long-term capability where I didn't care
11 :56AM  7   where procurement reported; it could report to Kees
11 :56AM  8   Linse, and if it didn't, it would report to me, but
11 :56AM  9   I would still subordinate to Kees' functional
11 :56AM 10   leadership for procurement.
11 :56AM 11        But my focus strategically was to be a
11 :57AM 12   great partner for procurement, but do that by
11 :57AM 13   bringing in real expertise with sales experience
11 :57AM 14   to sit across the table from salespeople from the
11 :57AM 15   IT industry selling into us.
11 :57AM 16        When Jay went in there I said, "Your focus
11 :57AM 17   is on the procurement side because that's where the
11 :57AM 18   easy money is right now; the low hanging fruit. But
11 :57AM 19   I always had the vision to bring in professionals
11 :57AM 20   with that skill set that comes in
11 :57AM 21   from years of selling and training to sell.
11 :57AM 22   Q.   Okay. Now, the persons who worked under
11 :57AM 23   Jay Crotts were called interim SRMs, were they not?
11 :57AM 24        MR. ERNSTER: Objection to form.
11 :57AM 25        THE WITNESS: I don't remember what their
```

Page 59

```
11 :57AM  1   titles were.
11 :57AM  2   BY MR. WICKLIFF:
11 :57AM  3   Q.   Okay.
11 :57AM  4   A.   I apologize.
11 :57AM  5   Q.   All right. Now, even though Christine
11 :57AM  6   Moore did not have procurement experience, she was
11 :58AM  7   the group leader of SRM and P?
11 :58AM  8   A.   Yes. SR and P.
11 :58AM  9   Q.   Okay. What did you -- advice did you give
11 :58AM 10   Christine Moore about how to go about hiring SRMs
11 :58AM 11   who have the qualifications that you envision, this
11 :58AM 12   outside sales consultative experience?
11 :58AM 13   A.   Well, let me attempt to recall. I can't
11 :58AM 14   recall this verbatim. The gist of the advice was
11 :58AM 15   we need people who have the kinds of experience that
11 :58AM 16   she had, so I need people that were primarily
11 :58AM 17   salespeople but also consultants if they were
11 :58AM 18   responsible for selling.
11 :58AM 19        What I didn't want is technical
11 :58AM 20   consultants who were brought on to the job just to
11 :58AM 21   deliver technology. I wanted somebody who was
11 :58AM 22   involved in the sales cycle and the ownership of the
11 :59AM 23   accounts, the real, you know, coming in and owning
11 :59AM 24   their account and being able to maintain all the
11 :59AM 25   relationship of that company coming in. Because I
```

Page 60

```
11 :59AM  1   wanted a direct offset to those type of people.
11 :59AM  2        I told her that I believed we needed to go
11 :59AM  3   outside. If there were people inside with those
11 :59AM  4   direct qualifications, that would be great, but I
11 :59AM  5   hadn't run into anybody yet, and I had been there
11 :59AM  6   for quite some time by then and had talked to other
11 :59AM  7   people, you know, on the leadership team; "Do we
11 :59AM  8   have these kind of people?" And they said, no, they
11 :59AM  9   didn't believe we had them either.
11 :59AM 10        So I said I think your sourcing will be
11 :59AM 11   external. And I understand that, you know, you
11 :59AM 12   will go to your own network to look for people and
11 :59AM 13   I'm okay with that, but we also need to ensure
11 :59AM 14   that we -- one of the toughest ones was to get
11 :59AM 15   continental Europeans, primarily Dutch, if we could
11 :59AM 16   find people, to be able fill some of those roles.
11 :59AM 17   Q.   Why was that important?
11 :59AM 18   A.   Well, for me, you know, I think part of
12 :00PM 19   the problem was that we had a diversity issue on the
12 :00PM 20   leadership team as far as country of origin. And
12 :00PM 21   I'm an American, I came from the computer industry.
12 :00PM 22   Christine was an American and came from the computer
12 :00PM 23   industry. And over time I wanted to make sure that
12 :00PM 24   we had, you know, a diverse team, especially since
12 :00PM 25   we're a European-headquartered company and we're
```

Page 61

```
12 :00PM  1   selling or buying from people that were selling from
12 :00PM  2   the continent, the UK and the continent; both.
12 :00PM  3   Q.   Okay. Did you tell Christine Moore
12 :00PM  4   that you felt that the persons who occupied the
12 :00PM  5   interim SR positions were -- that they did not have
12 :01PM  6   the qualifications to be permanent SRMs under her
12 :01PM  7   leadership?
12 :01PM  8        MR. ERNSTER: Objection. Form.
12 :01PM  9        THE WITNESS: I don't recall telling her
12 :01PM 10   in specific that -- just as you described it. I,
12 :01PM 11   again, gave her the challenge of matching the
12 :01PM 12   qualifications with candidates. None of the people
12 :01PM 13   I met had the qualifications, but I don't recall
12 :01PM 14   specifically saying what you just asked me.
12 :01PM 15        MR. WICKLIFF: All right. Cletus, I'm
12 :01PM 16   about to introduce an exhibit. I had a copy for you
12 :01PM 17   or Mel if you were going to be here in person.
12 :01PM 18        MR. ERNSTER: Are they Bates numbered,
12 :01PM 19   Marty?
12 :01PM 20        MR. WICKLIFF: Yes. It's EBG(045)-5813.
12 :02PM 21        If you'll go ahead and mark this while
12 :02PM 22   he's looking for it.
12 :02PM 23        It is an email to Jay Crotts that's dated
12 :02PM 24   June 18, 2003.
12 :02PM 25        MR. ERNSTER: Okay.
```

Michael J. Rose                                                                           March 2, 2007

## Page 70

| Time | Line | Text |
|---|---|---|
| 12:14PM | 1 | you know, you're quota carrying, you're selling. It |
| 12:14PM | 2 | doesn't match with the other resumes at all. |
| 12:14PM | 3 | So, no, I would not say that he qualifies. |
| 12:14PM | 4 | Certainly I would not pick this out of a blind stack |
| 12:14PM | 5 | as a qualified candidate. |
| 12:15PM | 6 | Q.  Did you have any other information or |
| 12:15PM | 7 | knowledge about Jimmy Fonteneaux that would lead you |
| 12:15PM | 8 | to the conclusion that he was not qualified to be a |
| 12:15PM | 9 | permanent SRM -- |
| 12:15PM | 10 | A.  When? |
| 12:15PM | 11 | Q.  -- any knowledge or facts about him |
|  | 12 | that -- |
| 12:15PM | 13 | A.  Prior to his appointment by Jay in the |
| 12:15PM | 14 | interim role or subsequent to that? |
| 12:15PM | 15 | Q.  Either.  Either before or even after.  I'm |
| 12:15PM | 16 | just trying to understand other than looking at his |
| 12:15PM | 17 | resume, did you have any facts or knowledge that |
| 12:15PM | 18 | supported your conclusion that he was not qualified |
| 12:15PM | 19 | to be a permanent SRM? |
| 12:15PM | 20 | A.  Well, again, the conclusion that I just |
| 12:15PM | 21 | came to was based on reviewing a resume. |
| 12:16PM | 22 | Q.  Yes. |
| 12:16PM | 23 | A.  I don't recall coming to a -- the |
| 12:16PM | 24 | conclusion that you just asked me about so I'm a |
| 12:16PM | 25 | little confused. I'm sorry. Could you restate? |

## Page 71

| Time | Line | Text |
|---|---|---|
| 12:16PM | 1 | Q.  Well, did you observe his performance as |
| 12:16PM | 2 | an interim SRM? |
| 12:16PM | 3 | A.  Yes.  Yes. |
| 12:16PM | 4 | Q.  Okay.  And what were your observations or |
| 12:16PM | 5 | conclusions based upon his performance as an interim |
| 12:16PM | 6 | SRM as to whether he could be a permanent SRM? |
| 12:16PM | 7 | A.  I did not believe he could. |
| 12:16PM | 8 | Q.  Why? |
| 12:16PM | 9 | A.  He exhibited the expected procurement |
| 12:16PM | 10 | excellence in his approach to the job, much like |
| 12:16PM | 11 | other interim procurement people in those roles did. |
| 12:16PM | 12 | Focusing on the structure of the contract and the |
| 12:16PM | 13 | relationship at its procurement roots and not |
| 12:16PM | 14 | the relationship at its technology and ongoing |
| 12:16PM | 15 | exploitation of that technology, which was really |
| 12:17PM | 16 | key to the SR job. |
| 12:17PM | 17 | Q.  Okay.  Did you have a similar opinion |
| 12:17PM | 18 | about the other interim SRMs who worked with |
| 12:17PM | 19 | Jay Crotts about their not being qualified to be |
| 12:17PM | 20 | permanent? |
| 12:17PM | 21 | A.  Yes. |
| 12:17PM | 22 | Q.  Did you know a gentleman by the name of |
| 12:17PM | 23 | Steve Hamil? |
| 12:17PM | 24 | A.  I did. |
| 12:17PM | 25 | Q.  Okay.  Who was Steve Hamil? |

## Page 72

| Time | Line | Text |
|---|---|---|
| 12:17PM | 1 | A.  Steve Hamil was I believe the last hire by |
| 12:17PM | 2 | Jay in the organization; he filled the last role. |
| 12:17PM | 3 | Q.  As an interim? |
| 12:17PM | 4 | A.  Well, yeah.  I assumed it was interim. |
| 12:17PM | 5 | That was certainly the expectation that I had. |
| 12:17PM | 6 | Again, I did not -- you know, I met him after Jay |
| 12:17PM | 7 | had made his decision.  I believe that's correct. |
| 12:17PM | 8 | I may have met him in the hallway before, I really |
| 12:17PM | 9 | can't recall, but... Yes, I had, yes. |
| 12:17PM | 10 | Q.  Okay.  Did he have the qualifications that |
| 12:17PM | 11 | you were looking for for the permanent SRMs? |
| 12:18PM | 12 | A.  I don't have his CV or resume before me. |
| 12:18PM | 13 | I don't believe he did.  And in watching him, |
| 12:18PM | 14 | because I was in a couple of vendor discussions with |
| 12:18PM | 15 | Steve, I don't believe he exhibited certainly the |
| 12:18PM | 16 | historic skills that I would have looked for in the |
| 12:18PM | 17 | role. |
| 12:18PM | 18 | Q.  Do you know why he remained in the role? |
| 12:18PM | 19 | A.  My understanding was it was not explicitly |
| 12:18PM | 20 | conveyed to him that he was interim.  That's all |
| 12:18PM | 21 | that I recall from it. |
| 12:18PM | 22 | Q.  Okay.  Where was he physically located? |
| 12:18PM | 23 | A.  I believe London, but I'm not positive |
| 12:18PM | 24 | about that.  He's a UK citizen.  I know that. |
| 12:18PM | 25 | Q.  All right.  Did you gain any type of |

## Page 73

| Time | Line | Text |
|---|---|---|
| 12:18PM | 1 | understanding about UK law preventing Shell from |
| 12:18PM | 2 | terminating him from the SRM role? |
| 12:19PM | 3 | A.  I don't recall that.  I don't believe I |
| 12:19PM | 4 | did. |
| 12:19PM | 5 | Q.  All right.  Who was responsible for |
| 12:19PM | 6 | posting the permanent SRMs positions? |
| 12:19PM | 7 | A.  Well, the responsibility would be shared |
| 12:19PM | 8 | by the hiring manager, who was Christine, and the |
| 12:19PM | 9 | HR organization or department that supports her who |
| 12:19PM | 10 | reported up to -- and I'm unclear who was in the |
| 12:19PM | 11 | role when Christine assumed it.  Pauline van der |
| 12:19PM | 12 | Meer Mohr was the HR director when I started and |
| 12:19PM | 13 | Gerard Pennings, or "Gerard" for recording, and I |
| 12:19PM | 14 | think it was almost at that time where they were |
| 12:19PM | 15 | doing a handoff themselves between Pauline who left |
| 12:20PM | 16 | Shell and Gerard who joined as her replacement.  So |
| 12:20PM | 17 | it would be HR and the hiring manager. |
| 12:20PM | 18 | Q.  All right.  And, to your knowledge, did |
| 12:20PM | 19 | Christine Moore take under consideration those |
| 12:20PM | 20 | persons who had been in the interim SRM role that |
| 12:20PM | 21 | there was some type of review done of those persons |
| 12:20PM | 22 | about whether they were qualified to be permanent |
| 12:20PM | 23 | SRMs? |
| 12:20PM | 24 | A.  It's my understanding she did, yes. |
| 12:20PM | 25 | Q.  How would you describe Christine Moore's |