

**From:** IMCEAEX-_O=SHELL_OU=SI_CN=RECIPIENTS_CN=SNMRB3@SHELL.com
**Sent:** Thursday, September 09, 2004 3:56 AM
**To:** kristine.moore-old@shell.com
**Subject:** RE: Orion; C&W Brief
**Sensitivity:** Private

Kristine, thanks for this as it really clears up my picture. I support your pressure with Gerard who I believe will source for your needs, but only if you remain adamant.

r, mr

-----Original Message-----
**From:** Moore, Kristine SITI-ITCR
**Sent:** Wednesday, September 08, 2004 8:05 PM
**To:** Rose, Mike SI-IT
**Subject:** RE: Orion; C&W Brief
**Sensitivity:** Private

Thanks for agreeing to speak with them. We will make it special somehow.

Steve H. staying in position in part because he is the only SRM who was not "interim" - he posted "legally" into the job last May. He is meeting expectations of the old role. I am willing to give him a chance to meet expectations in the new role. This was a compromise with UK HR, who said I could not legally change him out of his job because they do not see the role as >30% different than before. It is different, but it is different in the sense of having higher expectations for experience, background, expertise, perspective, executive presence, strategic thinking, etc. None of this was sufficiently convincing to the UK HR staff council liaison, so I finally gave in to get going on the process, after trying for months. They wore me down on the endless cycles of discussion. It was unbelievable. The problem in part is that Jay and you did a reasonably good job of describing the foundation elements of the role, which have not changed. I have expanded it to include "all external relations" and have added the "qualifications" I expect/need, but this does not constitute a change to the job itself.

Note that I am not taking the performance management route on ANY of the SRMs. This would put us back another 2 years, and they are performing according to the "old" expectations, but not the "new" ones, which you and I have for the team. Rather, I am taking the route that they are all "interim" save for Steve, and we appreciate their contribution, we are ready to move on to the next wave of implementation which will require seasoned account management and consultative selling background.....not CP, not IT, etc., etc.

As mentioned, most are handling professionally. Specifically:

- Steve H. is staying and I'll take a chance on him with strong performance expectations articulated for the next 12 months in the new role.
- Steve T. is considering voluntary severance, is OK with this, and is posting in parallel. UK HR is ok with him.
- Rick Downes is now a strategic buyer in Magaldi's team....a good fit for him, with some oversight. He is in transition with IBM and SUN.
- Jimmy insists he deserves one of the new roles, is not posting for others, and is fighting the process. He "deserves" the job, probably the promotion because he believes he is already doing the role, and he disputes his "interim" status.



EBG(045)-4721

- Randy Segotta is actively posting for other roles. Arjen has shortlisted him for the US SOC IT Manager, and he will post into 3 roles in OP One.
- The others are all part time and only dotted line to me, and will be handled through a transition period. Most are handling fine, in part because is only a part time role for them. Simon Hathrell tends to stir up trouble, citing legal precedent in the UK to the team and stirring the pot, but I just try to be patient and not highlight it further by making an issue of it.

Nobody is happy with the notion that these roles are different, they disagree with me. But it is my call. The fact they don't see the new world as different is partly self-selecting...ie, if they don't see it, they don't get it.....and there is only so much explaining I can do.

Open to any further questions or comments. I escalated the risks to Gerard today, as I am not getting the HR support I need to adequately manage the issues.

Thanks,
Kristine.

-----Original Message-----
**From:** Rose, Mike SI-IT
**Sent:** Wednesday, September 08, 2004 11:14 AM
**To:** Moore, Kristine SITI-ITCR
**Subject:** RE: Orion; C&W Brief
**Sensitivity:** Private

Kristine, I am supportive of calling each interim SRM when you give me the signal. I do agree it is better to let things play out and then use this to bring closure with appreciation. I would appreciate keeping in the loop on the particulars as you have been doing. I do want to make sure that you feel the latitude and support from not just me, but HR et al to make the necessary moves. As an example, you mentioned Steve will probably stay in position. I trust this is due to meeting performance expectations of the permanent role.

thanks, mr

-----Original Message-----
**From:** Moore, Kristine SITI-ITCR
**Sent:** Wednesday, September 08, 2004 6:02 PM
**To:** Rose, Mike SI-IT
**Subject:** RE: Orion; C&W Brief
**Sensitivity:** Confidential

Mike;

Yes, I was NOT happy that this worked the way it did. But not being there, I couldn't read the tea leaves as well as usual. Didn't know what the dynamics were that resulted in this one-two punch to you.....and agree, it was not malicious, just not adequately professional in my view. Especially for a project of such magnitude.

I was also NOT happy with the unprofessional approach to giving you a supplier meeting brief, and take accountability for that. Will do my best to keep it from happening again. I was very close to insisting on canceling, but figured I would use a chip and let you carry the day rather than use this to make a point. So, thanks for doing so. All in all, I think it went OK, and look forward to their summary of the meeting.



Think it is right to commend Nick's ideas and vision....but then he does need to hand off. You suggested hand off at this stage to the suppliers. SweeChen and I have discussed that next stage internal should be professionally project managed, etc. Am convinced she will make that happen, and I'll help where I can. In the meantime, I'll continue to compliment Nick and test the position of his nose. He really is creative, passionate and motivated. Wonder if one of our resident entrepreneur is chafing within the confines of service delivery? Sometimes hard to help him stay motivated AND between the white lines, but I think we can help.

---

As to the SRMs, you may have seen my other note by now which gives thumbnail status. Thanks for testing with Steve Hamill. To be honest, while I am glad he was "supportive" to be honest, he will give the most positive view of all, and it was probably not that great. It is very very tough right now. Most are handling professionally, one notable exception, which is becoming increasingly difficult. I am raising the issue again to Gerard today, as I do not have strong HR support through this. In fact, it is shockingly bad. Worries me when I am doing the strategic thinking re: HR issues, and trust me, this is no ego trip. It is very worrisome. Spoke to Jay yesterday and he shares concerns.

But I am optimistic about the prospects once we get past this stage. I just wish I could fast forward to where my energy can be more constructively channeled....but again, am optimistic about this happening soon. Thanks for the encouragement.

I was thinking a nice close-out for each of the interim SRMs might be for you to "touch" each of them and thank them for their contributions. Even if this is a short call to thank them for helping to build the foundation, and wish them well in their new endeavours. Believe this would mean a lot to them. Have toyed with using this pre-emptively, but think I'll need to preserve the escalation path. We can talk more next week.

k.

PS: List of SRAM applicants includes the following, will select 3-4 to interview. (Grist, Bouzek, Penning, Oakes all helping to shortlist). Hamill will stay in role. Dancer has accepted, Ann likely to accept, looking for 1-2 others. Kevin looks promising as well!

Jane Dancer (ext)
Ann Perrin (ext)
Kevin Morgan (ext)

Ray Steele
Randy Segotta (interim SRM)
JR Bibb
Stephen Brown
Giuseppe de Benedictus
Stephen Derrick
Nick Hauser
Steve van Schaik
Jimmy Fonteneaux (interim SRM)
Gert van Otten (did not post, but could)

I deselected all JG3/4 applicants (5 total) except Jimmy, who is JG3. He may or may not make the shortlist; am waiting for the panel to weigh in, but felt he should be included in this "long list".

Thanks,
k.

EBG(045)-4723