# Ann Perrin

**SUMMARY**: Proven leader with ability to build, develop, manage and sustain multi-stakeholder, cross-business entity relationships and relationship teams. Strong executive relationship building skills and value-based orientation as exhibited through the development of collaborative business approaches with clients, business partners and team members.

## EXPERIENCE

**Critical Path Strategies, Inc., Boerne, Texas**                                                               2001 to date

**Partner:** One of five partners in a 25 person consulting firm. Critical Path Strategies is a research based consulting organization and recognized leader in the field of consultative selling and strategic account management. The firm is engaged by senior executives to develop, deliver and implement strategies and processes that address complex multi-stakeholder relationships. CPS clients include IBM, EDS, Siemens, BMC Software, GE Medical Systems and Infosys. Responsibilities include consulting with clients, business development, and account management.

*Selected Accomplishments:*
- Facilitated the analysis of clients' strategic account management systems in response to gaps between current and desired future states. Designed strategies, processes and tools to meet specific client needs. Worked with senior executives, their teams, suppliers and customers to create desired results.
- Initiated and led research projects focused on identifying excellence in account management within companies involved in complex, multi-stakeholder relationship management
    - Led and facilitated conversations with senior executives of Fortune 100 companies
    - Co-authored three white papers that were published in Velocity, the quarterly magazine of the Strategic Account Management Association
    - Led the development of a web-based assessment tool used by executives to assess the account management performance of their relationship management teams
- Facilitated strategic planning sessions for high-technology company teams in developing consultative selling strategies and plans for their most important customers.

**BMC Software, (Houston, Texas)**                                                                                1997 TO 2001

**Director Integrated Brand Strategy:** Managed the corporate integrated marketing and branding team as they developed and implemented marketing strategies and campaigns that increased awareness of BMC's brand in selected target markets.

*Selected Accomplishments:*
- Initiated and led the creation of a new marketing team within BMC Corporate Marketing to provide a holistic marketing approach for customer acquisition and retention:
    - Secured funding for the team's creation
    - Organized the initial team and recruited key resources
    - Developed market segmentation data as a basis for the final business plan
    - Developed team strategy and plans for BMC Business Unit engagements
    - Identified and completed the negotiations for external resources to supplement the ultimate business unit requirements

**Director Competitive Intelligence:** Managed the competitive intelligence team as they provided significant market and product information to BMC's field sales organization and Business Units.

*Selected Accomplishments:*
- Initiated and implemented a new strategy for approaching BMC's competitive intelligence requirements.
    - Reorganized the team to support the new strategy and recruited key resources
    - Identified and clarified key business requirements for supplemental external resources; led the negotiation process for the external resources to provide enhanced competitive information for key products
    - Secured funding to support development of a knowledge management system to support field sales' information needs

**International Business Machines, (Houston, Texas)**                                                           1983 TO 1997

**Petroleum Solutions Global Marketing Executive:** Led and managed a virtual marketing team as they developed and implemented hybrid marketing strategies and plans for the worldwide petroleum industry segment. Marketing strategies addressed complex solutions comprised of software, hardware, and services.

EBG(045)-061



EXHIBIT "F"

# Ann Perrin

*Selected Accomplishments:*

- Led the development and implementation of a global marketing project that addressed specific informational needs of selected E&P professionals
    - Secured funding for a marketing plan from IBM's Corporate Marketing function. The business plan resulted in the largest single funding allocation to any of IBM's industry segments that year
    - Organized the team and recruited key resources
    - Developed market segmentation data as a basis for the final business plan
    - Developed strategy and plans which were approved via a formal, documented investment review
    - Developed and led the execution of hybrid marketing and sales strategies which resulted in revenues that exceeded business plan expectations
- Key Recognition: Petroleum Industry Hybrid Marketing Team efforts, (Project Seismic Connection), were recognized by IBM as the outstanding industry marketing project of the year.

**Client Executive and Manager:**  Planned, justified, and sold the implementation of complex information systems.

*Selected Accomplishments:*

- Facilitated the analysis of client's business systems in response to changing industry requirements. Development and implementation of solutions required collaborative teaming among multiple stakeholders.
- Consistently achieved quota resulting in receiving the Golden Circle award that was only given to the top 5% of employees;
- Consistently maintained a high customer satisfaction rating;
- Key Recognition: Golden Circle, 100% Club, IBM Leadership Award, Branch Manager's Award, , Regional Manager's Award, Business Unit Executive Award.

## EDUCATION

**University of Texas at Austin; Houston, Texas**
M.S. -- Masters in Mechanical Engineering

**University of Tulsa; Tulsa, Oklahoma**
B.S. -- Bachelor of Science in Math and English

EBG(045)-0614