# Jane Dancer

A senior executive with 15 years International experience in Business Development, Strategic Relationship & Programme Management. An Alliances professional with a passion for excellence, who combines strategic vision with methodical attention to detail. Thrives on a dynamic environment and leads with enthusiasm and tolerance.

## KEY STRENGTHS

- Applying sound commercial acumen and creativity to enable businesses to expand their capability and markets, through new ventures, alliances and partnerships

- Developing profitable business, using Strategic Relationship Planning and Programme methodologies

- Achieving stretching targets & goals by employing collaborative approach to optimise business benefit

- Using strong relationship building and organisational skills to lead, motivate and manage complex teams

- Negotiating complex business solutions across geographic and cultural boundaries

- Using proven coaching skills to encourage management team efficiency and enhance personnel effectiveness

## CAREER HISTORY

### CABLE & WIRELESS plc                                              1992 to 2004

**Director, Strategic Relationship Management – Cable & Wireless Group**        Jan 01 to Jan 04

Accountable for the development & operational execution of the corporate capability in portfolio Strategic Relationship Management.

- Researched, developed and implemented the strategic relationships development & management capability delivering an incremental margin pipeline >£30m pa
- Delivered, aligned to industry 'best practice', partnering methodologies, programmes, processes, communications and metrics, including design of a Selection & Validation Balanced Scorecard methodology, to structure decision making and measure the relationship value, health & financial benefits, over time.
- Researched, recommended and managed the Strategic Relationship portfolio acquisition strategy
- Delivered a dynamic Collaborative Business Partner programme, securing additional incremental margin
- Developed partner relationships with key Consultants and System Integrators
- Led and championed the C&W shareholding in Gorilla Park, a technology incubator

**Head of European Channel Development – Cable & Wireless, Europe**           Apr 99 to Jan 01

Responsible for the development of a new Indirect Partner Channel throughout Europe; people recruitment and process development, across cultural boundaries and varied regulatory and legal environments.

- Successfully negotiated legal and commercial frameworks with key geographic channel partners, delivering new revenue for Cable & Wireless
- Developed and implemented Pan-European Channel Management Processes; from prospect pipeline to revenue reporting
- Recruited in-country, start-up teams of Channel Account Managers, Business Development Managers & Commercial Managers, throughout Europe.

Page 1 of 2            EBG(045)-04



**Sales Manager, Partnerships – Cable & Wireless, Europe**     Aug 98 to Apr 99

Responsible for maximising the benefits of Cable & Wireless Europe as a sales channel, for other Group Companies, and for key strategic sales growth programmes.

- Implemented the first European Dealer & Consultants Sales Channel Programmes
- Developed and delivered Awareness & Capability Roadshows, embedding collaborative working
- European member of the International Business Acquisition Team that secured >£20m incremental business
- Established and Managed the Sales Office in Holland; it's people, processes and prospect pipeline

**Senior Account Manager – Cable & Wireless Communications**     Oct 92 to Aug 98

Responsible for the management and business development of a number of strategic accounts

- Successfully negotiated the first major win with a £2m pa retail sector, Multi-site Management proposition
- Worked with a business partner to secure a turnkey project for Managed Voice Services platform
- Member of Integrated Sales Team programme, designed to leverage diverse skills and maximise opportunity
- Coached Account Managers in Account, Contact and Campaign Plans using a strategic planning tool.
- Negotiated with senior UK decision makers to secure significant data networking revenues in the USA
- Secured considerable incremental revenue to facilitate the business case for network expansion

**BRITISH TELECOM plc**     1991 to 1992

**National Account Manager**     Mar 91 to Oct 92

Accountable for sales and service into a number of national accounts.

- Overachieved target '91/'92, out-turn at 230% with sales of >£2m
- Secured two major turnkey projects for the Automotive & Aerospace and FMCG Sectors and Nominated to FMCG Industry sector steering group.

**EARLY CAREER**     Pre 1991

- Internal Sales Manager         -   Arche Technology
- Senior Sales Negotiator        -   Oyston Shipway Estate Agents
- Voluntary Positions Overseas   -   Events & Inventory Management
- Business Development Manager   -   Watkin Construction
- Client Services Manager        -   G & JE Bankarts, Insurance Brokers

## PERSONAL DEVELOPMENT HIGHLIGHTS

- Selected for Performance Edge Mastery Programme for Senior Managers          2003
- Certificate in Humanities – Open University                                   2002
- Donor delegate representing Cable & Wireless at a three day INSEAD e-lab and e-forum   2001
- Diploma course in Management and Management of the Sales Force               1995

## PERSONAL

- Born 9 September 1954
- Married
- Board Director of The Association of Strategic Alliance Professionals (Europe) Limited, with specific responsibility for Marketing.
- A keen traveller who enjoys walking, cycling, film & theatre going, genealogy and studying for BA with the Open University.