# JIM FONTENEAUX

Résumé                                                                                         Page Two

**SENIOR CONSULTANT** – Shell Services International (SSI) Outsourcing (5/1999 to 1/2000)
*Key participant in combined SSI and SAIC Sigma Team preparation of commercial strategy to acquire $300 million IT outsourcing contract for Equiva Services.*
- Instrumental in developing overall framework and strategy, as well as sourcing of third-party staffing provider and participating in design of complex business alliance.

**GLOBAL MANAGER** – SSI, IT Global Contracting and Procurement, Supplier Relations (10/1989 to 5/1999)
*Conceived, developed and launched initial global sourcing team for $650 million IT procurement operation, and maintained P&L, planning, staffing, operating and customer care responsibilities. Provided direct and indirect management of support staff around the world.*
- Delivered strong turnaround results and transitioned global operation into best-in-class organization that achieved outstanding efficiency, productivity and cost performance.
- Led account initiatives that resulted in slashing overall IT spending $60 million over two years.
- Successfully created and influenced value-added business services, drove revenue growth from $650,000 to approximately $8 million, and achieved average profit of 12%. Recruited expertise to manage new business opportunities involving complex intellectual property licensing.

*Additional accomplishments included:*
- Achieved savings in excess of $20 million as lead negotiator in acquiring licensing rights from strategic suppliers during SSI startup. Key participant in team that saved $20 million over four years on telecommunication services.
- Instrumental in saving more than $12 million in one year, through team selection and negotiation of mainstream IT hardware platform and desktop computers.
- Provided commercial expertise to IT hardware / software acquisition, policy / procedure development, data integrity, contingency planning, disaster recover and support efforts.

**MATERIAL CONTROL / PROCUREMENT SUPERVISOR** – Shell Offshore E&P (11/1984 to 10/1989)
*Directed planning, budgeting and staffing of material operations for onshore and offshore distribution facilities. Independently developed supplier relations, coordinated minority and women-owned suppliers and led distribution planning. Managed team of 20 direct reports and additional 20 employees.*
- Developed and implemented best practices resulting in cost reductions of nearly $40 million.
- Introduced continuous improvement and quality programs resulting in 40% productivity improvement for offshore procurement services.
- Increased spending nearly $20 million for local small / mid-sized companies including minority/women owned.

*PREVIOUS POSITIONS:*
- **Procurement Team Leader** – Shell Western E&P (3/1981 to 11/1984)
- **Procurement Team Leader** – Shell Deer Park Manufacturing (5/1976 to 3/1981)

## EDUCATION / AFFILIATIONS / ACTIVITIES

- **Bachelor of Science Degree – Business Administration** – Prairie View A&M University
- **Member – Greater Houston Partnership** – former Board Member
- **Board of Directors** – Greater Louisiana Junior Achievement Association
- **Participant** – Houston Minority and Women Owned Business Council
- **Former Member** – Shell Diversity Leadership Council
- **Life Member** – Shell/Urban League Black Executive Exchange Program
- **Former Military Officer** – United States Army



000819