# KRISTINE S. MOORE

*CONFIDENTIAL*

Marketing and Sales Executive
Leading Edge Information Systems Technology and Services
Oil & Gas Business Process Services

Global Marketing Strategy Development & Execution – New Business Development
Key Enterprise Account Management  - Consultative & Complex Solution Sales
Multi-tiered Executive Relationships - Complex Venture Negotiations

**PROFILE**   Motivated, intelligent and creative marketing and sales executive with a track record for overachieving business objectives. Demonstrated excellence across 17-year career in a range of sales, sales management and marketing management roles with 10-year focus on the Energy Industry. Consistent delivery of high impact business process and information systems solutions offerings geared to enhancing client competitiveness.

- Skilled in creatively framing and solving complex problems, both individually and as a team leader.
- Experienced at strategy development ranging from building enterprise account sales plans to devising global marketing strategies and plans.
- Successful at building and maintaining relationships across complex global enterprises with high client satisfaction and a consistent record of overachieving sales objectives.
- Strong communications skills with broad range of experience in public speaking as well as group facilitation using proven planning methodologies.
- Experience with multiple partnership negotiations.

## PROFESSIONAL EXPERIENCE

*2000–2001*   **Vice President, Marketing & Sales, Quaris, Inc.** Reporting to the President and CEO, was responsible for the marketing function and the sales team for an Oil & Gas supply chain Internet start-up. Developed global marketing strategy and ongoing external communications plan, established sales team, developed buyer database, acquired new sellers for Internet site listings, drove online sales through Internet site and developed relationships with key clients for new offerings.

**Key Achievements:**
- Achieved significant brand recognition in the industry utilizing limited resources.
- Successfully built buyer community of over 3000 contacts within six months.
- Concluded over 200 transactions representing 9300 items and over $2.1 million in sales.
- Implemented processes resulting in sustained site hit rates, customer registration, repeat buyers/sellers and self-service customer support.

*1999- 2000*   **Global Marketing Manager, Petroleum Industry, IBM.** Reporting to the Vice President of Marketing, Global Chemicals and Petroleum Industry, was responsible for developing and coordinating IBM's go-to-market strategy targeting the worldwide Petroleum Industry emphasizing e-business penetration. Assessed market trends, opportunities, competition, prioritized IBM's investment in industry solutions development, determined critical industry partnerships, directed IBM's participation in industry events, publications and associations, ensured consistency of industry messages across IBM sub-brands for hardware, software and services, led internal education process for IBM's global industry sales teams.

1

EBG(045)-0611

**EXHIBIT "I"**



**Key Achievements:**
- Significantly enhanced industry awareness of e-business opportunities and IBM's capabilities.
- Established IBM's Petroleum Segment as a leader in IBM's global marketing community for e-business strategy development, partnership relationships and collateral deployment.
- Substantially improved ability of the global sales and services teams to communicate industry e-business concepts and leverage IBM's e-business capabilities throughout sales efforts.
- Called upon frequently as a thought-leader to participate and speak at industry conferences and to consult directly with forward-thinking clients worldwide.

*1998-1999*  **E-business Solutions Executive, IBM** Reporting to the Vice President of Marketing, Chemicals and Petroleum Industry, was responsible for developing early understanding of Petroleum and Petrochemical industry opportunities to leverage the Internet, including establishing relationships with first movers and early adopters.

**Key Achievements:**
- Led the partnership initiative between IBM and a major oil field services provider to enable network-based collaboration across multiple upstream disciplines, geographies and enterprises.
- Led the partnership initiative between IBM and e-Chemicals, a start-up online chemicals marketplace.
- Led the partnership initiative between IBM and Shell Services International to establish SIMON as an industry supplier managed inventory solution.

*1992-1998*  **Marketing Manager / Client Executive, IBM** Reporting to the General Manager, Petroleum Industry, led the IBM sales team responsible for the Shell Oil Company account. Responsibilities included achieving sustained revenue growth and profitability across IBM's hardware, software, consulting and services offerings while maintaining high levels of customer satisfaction. Coordinated activities with global sales team to ensure attainment of worldwide revenue and profit targets. (Marketing Manager 1992-1994, Client Executive 1994-1998)

**Key Achievements:**
- Consistently exceeded revenue and profitability targets in each of 6 years accountable for Shell.
- Grew IBM's share in consulting, services, hardware and software including significant competitive win backs in the hardware environment.
- Led the partnership initiative between IBM and Shell Services Company to establish an Energy Center for the Industry and the Southwest US region.
- One of few suppliers awarded recognition by Shell for project excellence and value delivery
- Awarded IBM's first Customer Champion Award, for superior levels of client service.

*1990-1992*  Advisory Client Representative, Southwest Area Software Sales, IBM
*1989-1990*  Advisory Client Representative, Entex and CMS Accounts, IBM
*1987-1989*  Account Marketing Representative, Entex, CMS and General Homes Accounts, IBM
*1985-1987*  Marketing Representative, Entex, HL&P Accounts, IBM
*1984-1985*  Systems Engineer, IBM

## Significant Recognition

14 Consecutive IBM 100% Clubs
Shell President's Team Award
Shell Quality Award
IBM Customer Champion Award

## Education & Training

BS Civil Engineering – Rice University, Houston, Texas 1983
IBM International Client Executive Continuing Education – Harvard Business School 1998
IBM Client Executive Continuing Education – Harvard Business School 1997-1998
Critical Path Strategies and Value-Based Selling Programs – 1995, 1996

EBG(045)-0612