Most Confidential

## Attachment E

The following information summarizes Mr. Fonteneaux's concerns raised while employed as well as the investigatory findings that Shell made. The findings were communicated to Mr. Fonteneaux.

| Concern | Investigatory Finding |
|---|---|
| The selection process was unfair. | The selection process was standard practice and was explained to Mr. Fonteneaux. |
| Retaliation occurred because concerns were raised about a book being written as well as other African American employees. | There was no evidence to support Mr. Fonteneaux's claim of retaliation. In fact, management and HR worked diligently to ensure Mr. Fonteneaux was allowed to voice his concerns openly. |
| There was racial discrimination occurring. | The investigation found that the process used to select the new SRAM's was based on the selection criteria as described in the job posting. The decision was not based on race. |
| There was age discrimination occurring. | The investigation found that the process used to select the new SRAM's was based on the selection criteria as described in the job posting. The decision was not based on age. |
| Mr. Fonteneaux was lied to about being on the short list of the selection process | Despite not meeting the criteria, Mr. Fonteneaux's application was given additional consideration and was considered by a short list review panel that consisted of 5 senior IT leaders. However, the short list review panel did not select his application to receive an interview. |
| Mr. Fonteneaux is being retaliated against as a result of trying to get Kristine Moore removed for the IBM account with Shell when she worked for IBM. | The investigation found that Ms. Moore and Mr. Fonteneaux would have had few interactions while Ms. Moore was an Account Executive at IBM. As per Ms. Moore, Mr. Fonteneaux would have interacted with another individual on her team. Thus, the investigation concluded that Mr. Fonteneaux's claim was without merit. |
| The Performance and Reward process has was not followed because timely | The investigation did reveal that Ms. Moore was delinquent in completing tasks with |


EXHIBIT "J"

20

Most Confidential

| | |
|---|---|
| discussions and closeouts for 2003 and 2004 performance did not occur. | respect to timely discussions and close outs of 2003 and 2004 performance reviews. The investigation also revealed that Mr. Fonteneaux was delinquent in the timeliness of the delivery of his responsibilities as it relates to the 2003 and 2004 performance review process. |
| The hiring of the external female is a questionable business practice because she is a friend of Kristine Moore. | This candidate's application was reviewed along with Mr. Fonteneaux's application during the selection process. |
| The other Caucasian male SRM's all have new roles because Kristine helped them out. | Mr. Fonteneaux received similar if not more assistance finding employment within Shell. His information was sent to the Transition Resource Team (for review and distribution against current openings), Ms. Moore notified and encouraged Mr. Fonteneaux when suitable postings became available, Ms. Moore served as a reference and also followed up with hiring managers to encourage consideration of Mr. Fonteneaux |
| Mr. Fonteneaux does not believe his role was interim. | February 27, 2003, Mr. Fonteneaux, a Strategic Relations Manager, signed his performance document for the previous year. Directly above his signature, manager notes indicate, "I committed to reviewing this at the mid-year appraisal and assess whether we should move his role from **interim** to permanent." (Attachment D)<br><br>In the summary comments of Mr. Fonteneaux's 2003 performance appraisal his manager again indicates, "Jimmy and I discussed the fact that his contributions to date as an **interim** SRM are appreciated. I reminded him that changes would be made to the programme, including staffing and skills requirements, and these changes would occur as early as 2Q2004. I encouraged him to continue to proactively search for new opportunities as Shell as his **interim** SRM role would expire with the initiation and launch of the new programme." (Attachment E) |

21