**Page 9**

1  something called a "Critical Path Strategies and
2  Value-Based Selling Programs" in 1995 and 1996. Was
3  that at -- at a school?
4     A. No.
5     Q. Where was that?
6     A. That was at a consultancy firm.
7     Q. And what was the name of that firm?
8     A. Critical Path Strategies.
9     Q. And they -- and this was a course that they
10 offered in 1995 and 1996?
11    A. It was a course they offered. I'd have to
12 think about the dates to be exact.
13    Q. Okay.
14    A. If that's -- you know.
15    Q. All right. That's fine.
16       Are you married?
17    A. I'm not.
18    Q. Have you been married in the past?
19    A. Yes.
20    Q. To whom were you married?
21    A. Tommy Moore.
22    Q. Tommy Moore?
23    A. Uh-huh.
24    Q. And where does Mr. Moore reside, if you know?
25    A. In Houston.

**Page 10**

1     Q. And when were you divorced?
2     A. In early '02.
3     Q. Is that divorce -- that divorce, I take it, is
4  final?
5     A. Yes.
6     Q. Any children by that marriage?
7     A. No.
8     Q. Do you have any children at all?
9     A. No.
10    Q. And how many times have you been married?
11    A. One.
12    Q. How many time -- how long were you married to
13 Mr. Moore?
14    A. From the time we were married in '88 until our
15 divorce in '02.
16    Q. Okay. Are you currently living with anyone
17 now?
18    A. Yes.
19    Q. With whom are you living?
20    A. Alan Matula.
21    Q. And is Alan Matula employed by Shell?
22    A. Yes.
23    Q. How long have you been seeing Alan Matula?
24    A. What do you mean by "seeing him"?
25    Q. Dating him?

**Page 11**

1     A. I've been in a committed relationship with him
2  for a couple, few years.
3     Q. Okay. When did you first go on a date with
4  Alan Matula?
5     A. When did I first go on a date with him.
6     Q. We won't tell him you don't know, if you don't
7  know.
8     A. Well, it's funny you say that because we joke
9  because we don't have an anniversary because I don't
10 know the date.
11    Q. Okay. When did you join Shell? And I take it
12 you were at Shell twice, right?
13    A. No.
14    Q. Just one time, right?
15    A. I've only been at Shell.
16    Q. One time?
17    A. For one -- one -- I've -- I've never left
18 Shell.
19    Q. You've never left Shell?
20    A. Correct.
21    Q. Okay. And when did you first begin working at
22 Shell?
23    A. In October '01.
24    Q. And prior to October of 2001, you never worked
25 for Shell as a Shell employee?